# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01409-NYW-MEH

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

DILLON COMPANIES, LLC,
and SOMETHING TO EAT, INC.
D/B/A OSAKA SUSHI,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendant, DILLON COMPANIES, LLC, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 1, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez*<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, CO 80202<br>Telephone: (305) 553-3464<br>Email: ajperez@lawgmp.com<br>*Attorney for Plaintiff* | */s/ Ashley R. Larson*<br>ASHLEY R. LARSON<br>SUTTON \| BOOKER \| P.C.<br>4949 S. SYRACUSE, SUITE 500<br>DENVER, COLORADO 80237<br>Telephone: 303-730-6204<br>E-Mail: alarson@suttonbooker.com<br>*Attorney for Defendant Dillon Companies, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 1, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
        ANTHONY J. PEREZ

2